IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20067-D |
| GREGORY REED, | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO BE PERMITTED TO WAIVE PERSONAL APPEARANCE AT REPORT DATE

Comes now the defendant, Gregory Reed, by and through his counsel, Edwin A. Perry, and respectfully requests this Honorable Court permit him to waive his personal appearance at the report date in the above cause, scheduled for Thursday, June 30, 2005, at 9:00 a.m. In support thereof, Mr. Reed states unto the Court that:

1. Upon the request of the parties, a change-of-plea hearing has been set for Thursday, July 7, 2005, at 3:00 p.m. in this cause. Accordingly, there is nothing further to report at this time.

3. Mr. Reed will execute a waiver, which will submitted separately.

4. Defense counsel conferred with Assistant United States Attorney Tim DiScenza, and he has no objection to the instant motion.

Wherefore, premises considered, Mr. Reed, respectfully moves this Honorable Court to permit him to waive his personal appearance at the report date, currently set for Thursday, June 30, at 9:00 a.m.

**MOTION GRANTED**
DATE: 6-30-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully submitted,

STEPHEN SHANKMAN
FEDERAL PUBLIC DEFENDER

Edwin A. Perry
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

I, Edwin A. Perry, certify that I have this date delivered a true copy of the foregoing Motion to be Permitted to Waive Personal Appearance at Report to Mr. Tim DiScenza, Assistant United States Attorney, Clifford Davis Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.

**THIS** the 29th day of June 2005.

Edwin A. Perry
Assistant Federal Defender

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20067-D |
| GREGORY REED, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

The Defendant is set for a report date before the Court in the above-captioned matter for Thursday, June 30, 2005, at 9:00 a.m.

For good cause shown, the Defendant's request to waive his appearance at the above-listed report date set is hereby **GRANTED**.

The Defendant shall not be required to appear at the above report date and shall remain on his present bond.

It is so **ORDERED**. This the _____ day of _____ 2005.


Honorable Bernice Donald
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20067 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT