IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. <u>05-20067-D</u> |
| | ) | |
| GREGORY REED, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America by and through its counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee and moves to continue the sentencing hearing for at least sixty (60) days in the above-referenced case. The sentencing hearing is currently scheduled for October 12, 2005 at 1:00 p.m.

Defendant Gregory Reed is cooperating with the government in its investigation of this case which includes testifying as a government witness in the anticipated trials of other defendants. The government is seeking a continuance of the sentencing in this case for sixty (60) days. The undersigned attorney for the United States has consulted with Edwin Perry, counsel for the defendant, and has been advised that the defense has no objection to this motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Timothy R. DiScenza
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#008176 Tennessee)

**MOTION GRANTED**
DATE: 10-11-2005

_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-13-05

**CERTIFICATE OF SERVICE**

I, Timothy R. DiScenza. , Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Motion for Continuance of Sentencing Hearing** has been mailed, first class postage pre-paid Edwin A. Perry, Assistant Federal Public Defender, 200 Jefferson Avenue, Suite 200, Memphis, Tennessee 38103

This 11th day of October, 2005.

Timothy R. DiScenza
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20067 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT